JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROXANNE DAUER, | Case No. 5:14-CV-00862 VAP (SPx) |
| Plaintiff, | **(PROPOSED)** ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND GROUP LONG TERM DISABILITY FOR EMPLOYEES OF UNIVERSAL HEALTH SERVICES INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fee and costs.

DATED: _12/22/14___     _____

*Virginia A. Phillips*

UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4848-4802-3584 v1

- 1 -

CASE NO. 5:14-CV-00862 VAP (SPX)
(PROPOSED) ORDER RE STIP. FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE